## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOHN PATRICK CULLEN**
**ADC #601347**                                                          **PLAINTIFF**

v.                                       No. 3:23-cv-55-DPM-JJV

**KIP HALLMAN, President, Wellpath**
**Medical;   JAMES SMITH, JR.,**
**Medical Doctor, Grimes Unit;**
**ARIC SIMMONS, Nurse**
**Practitioner, Grimes Unit;   and**
**TAMMY CANARD, Nurse, Cronic**
**Care Supervisor, Grimes Unit**                        **DEFENDANTS**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's partial recommendation, *Doc. 4*, and overrules Cullen's objections, *Doc. 6.* Fed. R. Civ. P. 72(b)(3). Motion for preliminary injunction, *Doc. 3*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_13 April 2023_