IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN PATRICK CULLEN
ADC #601347                                                            PLAINTIFF

v.                        No. 3:23-cv-55-DPM

KIP HALLMAN, President,
Wellpath Medical; JAMES
SMITH, JR., Medical Doctor,
Grimes Unit; ARIC SIMMONS,
Nurse Practitioner, Grimes Unit;
and TAMMY CANARD, Nurse,
Chronic Care Supervisor, Grimes Unit                                  DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Cullen hasn't paid the $402 filing and administrative fees; and the time to do so has passed. *Doc. 5 at 4*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 May 2023