IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN PATRICK CULLEN
ADC #601347                                                              PLAINTIFF

v.                          No. 3:23-cv-55-DPM

KIP HALLMAN, President,
Wellpath Medical; JAMES
SMITH, JR., Medical Doctor,
Grimes Unit; ARIC SIMMONS,
Nurse Practitioner, Grimes Unit;
and TAMMY CANARD, Nurse,
Chronic Care Supervisor, Grimes Unit                                     DEFENDANTS

## JUDGMENT

Cullen's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2023